NOTE: CHANGES MADE BY THE COURT

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA & OMEGA PRODUCTIONS, LLC, a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> A.J., an individual, by his parents ALICE AND ARMANDO JIMENEZ, and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.  CV 10-9327-JFW (CWx) <br> Assigned for all purposes to: Judge John F. Walker <br><br> **ORDER RE: STIPULATION FOR FINAL JUDGMENT AND OTHER EQUITABLE RELIEF** |

Pursuant to the Stipulation for Final Judgment and Other Equitable Relief by the parties, Plaintiff Alpha and Omega Productions, LLC and Defendant A.J., by and through his parents Alice and Armando Jimenez, the Court hereby orders as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

Final judgment in this matter is entered pursuant to the terms, conditions, and findings of the parties' Stipulation for Final Judgment and Other Equitable Relief with the exception of Section V.

**IT IS SO ORDERED.**

Dated:        February 11, 2011

_____
Hon. John F. Walker